UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LAQUISA BALDWIN, | ) Civil No. 3:20-cv-00017-MOC-DSC |
| Plaintiff, | ) |
| v. | ) |
| | ) JOINT STIPULATION OF DISMISSAL |
| NEW NCG, INC. d/b/a/ NATIONAL GYPSUM COMPANY, | ) OF ALL CLAIMS AND ACTION WITH PREJUDICE |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LaQuisha Baldwin and Defendant New NCG, Inc. d/b/a National Gypsum Company, hereby notify the Court of the dismissal of all claims and this civil action in its entirety with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), with all parties to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: November 30, 2020

| | |
|---|---|
| */s/ Craig L. Leis* | */s/ Stephen D. Dellinger* |
| Craig L. Leis, N.C. Bar No. 48582 | Stephen D. Dellinger, N.C. Bar No. 16609 |
| craig@gibbonsleis.com | sdellinger@littler.com |
| Jason Chestnut, N.C. Bar No. 52066 | LITTLER MENDELSON, P.C. |
| jason@gibbonsleis.com | Bank of America Corporate Center |
| Gibbons Leis, PLLC | 100 North Tryon Street, Suite 4150 |
| 14045 Ballantyne Corporate Place, Suite 325 | Charlotte, NC 28202 |
| Charlotte, NC 28277 | Telephone: 704.972.7000 |
| Telephone: 704.612.0038 | Facsimile: 704.333.4005 |

*Attorneys for Plaintiff*                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on November 30, 2020, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Craig L. Leis

*Attorney for Plaintiff*

2

Case 3:20-cv-00017-MOC-DSC   Document 17   Filed 11/30/20   Page 2 of 2